IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-cv-73-BO

| | |
|---|---|
| DANIEL MCLEOD PARKER, | ) |
| Plaintiff, | ) |
| v. | )     O R D E R |
| ANDREW SAUL, *Acting Commissioner of Social Security*, | ) |
| Defendant. | ) |

This cause comes before the Court on the memorandum and recommendation by United States Magistrate Judge Robert B. Jones, Jr. [DE 4]. On April 22, 2020, Judge Jones recommended that plaintiff's motion to proceed *in forma pauperis* be denied. *Id*. No objections to the memorandum and recommendation have been filed, and the matter is ripe for review.

## DISCUSSION

A district court is required to review *de novo* those portions of an M&R to which a party timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). "[I]n the absence of a timely filed objection, a district court need not conduct de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted).

No party has objected to the M&R and the time for doing so has passed. The Court has reviewed the M&R and is satisfied that there is no clear error on the face of the record. Accordingly, the memorandum and recommendation is ADOPTED.

## CONCLUSION

The memorandum and recommendation [DE 4] of Judge Jones is ADOPTED. Plaintiff's motion [DE 1] to proceed *in forma pauperis* is DENIED. Plaintiff is DIRECTED to pay the filing fee not later than July 1, 2020. Failure to do so will result in this case being closed.

SO ORDERED, this 1 day of June, 2020.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE